

2003 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-8-2003

# Otto v. PA State Ed Assoc

Precedential or Non-Precedential: Precedential

Docket 01-3858

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2003

Recommended Citation

"Otto v. PA State Ed Assoc" (2003). *2003 Decisions.* Paper 516.
http://digitalcommons.law.villanova.edu/thirdcircuit_2003/516

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2003 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

PRECEDENTIAL

Filed May 8, 2003

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 01-3858

MARSHA OTTO; F. NAYLOR EMORY;
DENNIS A. ERB; ROBERT K. GILBERT;
JAMES W. LOSSELL; BARBARA J. MCALLEY;
WESLEY S. SEMPLE, On behalf of themselves
and all other non-members similarly situated

v.

PENNSYLVANIA STATE EDUCATION ASSOCIATION-NEA;
NATIONAL EDUCATION ASSOCIATION; SHALER AREA
EDUCATION ASSOCIATION, On behalf of themselves and
all other local associations similarly situated

Appellants

No. 01-4110

MARSHA OTTO; F. NAYLOR EMORY;
DENNIS A. ERB; ROBERT K. GILBERT;
JAMES W. LOSSELL; BARBARA J. MCALLEY;
WESLEY S. SEMPLE, On behalf of themselves
and all other non-members similarly situated,

Appellants

v.

PENNSYLVANIA STATE EDUCATION ASSOCIATION-NEA;
SHALER AREA EDUCATION ASSOCIATION, On behalf of
themselves and all other local associations similarly
situated;
NATIONAL EDUCATION ASSOCIATION;
GROVE CITY AREA EDUCATION ASSOCIATION;
JANE CAMPBELL; BARBARA LEIBY

(D.C. Civil Action No. 96-cv-01233)

**Present:** BECKER, *Chief Judge*\*, SLOVITER, SCIRICA,
NYGAARD, ALITO, ROTH, McKEE, BARRY, AMBRO,
FUENTES, SMITH and STAPLETON\*\*, *Circuit Judges*
and O'NEILL\*\*\*, *District Judge*

### SUR PETITION FOR PANEL REHEARING
### WITH SUGGESTION FOR REHEARING *EN BANC*

The petition for rehearing filed by Appellants having been
submitted to the judges who participated in the decision of
this Court, and to all the other available circuit judges of
the Circuit in regular active service, and a majority of the
circuit judges of the Circuit in regular active service not
having voted for rehearing by the Court *en banc,* the
petition for rehearing is DENIED. Chief Judge Becker\* and
Judge Nygaard would have granted rehearing *en banc.*

The judges who participated in the decision of the Court
having voted for rehearing, the petition for panel rehearing
is granted and the opinion and judgment entered April 3,

---

\* Judge Becker was Chief Judge at the time for voting on the petition for rehearing.

\*\* Senior Judge Walter K. Stapleton, who sat on the original panel, is limited to panel rehearing only.

\*\*\* Judge Thomas O'Neill, Jr., United States District Judge for the Eastern District of Pennsylvania, sitting by designation, is limited to panel rehearing only.

2003 are vacated. An amended opinion is issued as of this date.

By the Court,

/s/ Thomas L. Ambro

Circuit Judge

Dated: May 8, 2003

A True Copy:
Teste:

*Clerk of the United States Court of Appeals*
*for the Third Circuit*